IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:10CR3077 |
| | ) | |
| v. | ) | |
| | ) | |
| DAVID PAUL GORE III, | ) | ORDER ON MOTION FOR LEAVE TO |
| | ) | FILE *INSTANTER* |
| Defendant. | ) | |
| | ) | |

IT IS ORDERED that the Motion for Leave to File Instanter, filing 42, is granted.

Dated January 24, 2011.

BY THE COURT

s/ Warren K. Urbom
United States Senior District Judge