IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:10CR3077 |
| | ) | |
| v. | ) | |
| | ) | |
| DAVID PAUL GORE III, | ) | TENTATIVE FINDINGS ON OBJECTIONS |
| | ) | TO REVISED PRESENTENCE |
| Defendant. | ) | INVESTIGATION REPORT |
| | ) | |

The Revised Presentence Investigation Report arrives at the conclusion that the defendant's total offense level is 31, that the defendant's criminal history category is V, arising from 10 criminal history points.  The defendant's objections to the Revised Presentence Investigation Report are to paragraphs 56, 62, and 71.  He further argues that both criminal history category IV and V overstate the seriousness of the defendant's criminal history and attach excessive weight to it for sentencing purposes.

Because the defendant's objections were filed on January 21 with my permission, the United States should have the opportunity to respond before I make tentative findings.

IT IS ORDERED that the United States shall have until January 27, 2011, to respond to the Defendant's Objections to Presentence Investigation Report.

Dated January 24, 2011.

BY THE COURT

s/ Warren K. Urbom
United States Senior District Judge