IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DAVID PAUL GORE III, )<br>)<br>Defendant. )<br>) | 4:10CR3077<br><br>MEMORANDUM AND ORDER ON<br>MOTION TO DISMISS |

    David Paul Gore III has provided me with a letter dated April 3, 2012, asking that the Motion to Vacate, Set Aside or Correct a Sentence by a Person in Federal Custody, motion under 28 U.S.C. § 2255, filing 59, be "dismissed (withdrawn)."

    IT IS ORDERED that:

    1.    the letter be filed as a Motion to Dismiss; and

    2.    the Motion to Dismiss is granted and the Motion to Vacate, Set Aside, or Correct a Sentence by a Person in Federal Custody, motion under 28 U.S.C. § 2255, filing 59, is dismissed.

    Dated April 11, 2012.

                                            BY THE COURT

                                            s/ Warren K. Urbom
                                            United States Senior District Judge