IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 4:10CR3077 |
| vs. | |
| DAVID PAUL GORE III, | ORDER |
| Defendant. | |

Counsel for the defendant has orally requested a continuance of the hearing for one month. There being no objection from the government,

IT IS ORDERED that:

1. the oral motion is granted;

2. the hearing is continued until January 28, 2012, at 12:15 p.m. in Courtroom No. 4, U.S. Courthouse, 100 Centennial Mall North, Lincoln, Nebraska; and

3. the U.S. Marshal shall have the defendant present for the hearing.

Dated December 17, 2012.

BY THE COURT

_____
Warren K. Urbom
United States Senior District Judge